# MASSACHUSETTS & NORTHERN NEW ENGLAND LABORERS' DISTRICT COUNCIL
## ACCEPTANCE OF AGREEMENT(S) AND DECLARATIONS OF TRUST

The Undersigned Employer hereby voluntarily recognizes the Massachusetts & Northern New England Laborers' District Council as the exclusive representative of its employees under Section 9(a) of the National Labor Relations Act and incorporates by reference herein its Voluntary Recognition Agreement and also hereby approves the following Section 9(a) Agreement(s):

*[Circle and initial next to the numbered Agreement(s) pertaining to your Company].*

1. **(PJP)** by and between the Associated General Contractors Association of Massachusetts, Inc. and the Building Trades Employers' Association of Boston and Eastern Massachusetts, Inc.; by and between the Construction Industries Association of Western Massachusetts, Inc.; by and between the General Contractors' Association of Pittsfield, Massachusetts, Inc.;

2. **(PJP)** by and between the Labor Relations Division of the Construction Industries of Massachusetts, Inc.;

3. _____ by and between the Foundation and Marine Contractors' Association of New England, Inc.;

4. _____ by and between the Labor Relations Division of the Construction Industries of Massachusetts, Inc. (Tunnel and Tunnel Connected)

5. _____ by and between the Massachusetts Building Wreckers' & Environmental Remediation

6. _____ by and between the Mason Contractors Association of Massachusetts;

7. _____ by and between the Maine, New Hampshire & Vermont Laborers' District Council & Signatory Contractors, Building & Site;

8. _____ by and between the Labor Relations Division of Massachusetts, Inc. on behalf of Local #327, Augusta, Maine, Local #668, Manchester, New Hampshire and Local #976, Portsmouth, New Hampshire-Heavy & Highway;

and the Massachusetts & Northern New England Laborers' District Council on behalf of its affiliates of the Laborers' International Union of North America, AFL-CIO, all said Agreements being effective from June 1, 2012, and any successor agreements between the parties and herewith accepts the same and becomes one of the parties thereto and agrees to abide by all its terms and conditions.

1. The life of this Agreement is to be co-extensive with the terms set out or as they shall be set out from time to time in the aforementioned Collective Bargaining Agreement(s) with the above-named Associations and shall continue in effect unless the Employer gives the Union notice of desired change or termination of a particular Collective Bargaining Agreement in keeping with the applicable notice provisions contained therein.

## Form #1

2. This Agreement binds the Employer to all obligations of an Employer as set forth in the above referred to Agreements and applies to all Laborers' work and geographical jurisdictions as set forth therein unless specifically limited, in writing, on this document.

3. The said Agreements provide, among other conditions, contributions to the Massachusetts Statewide Laborers' Health and Welfare Fund, New England Laborers' Health & Safety Fund, Massachusetts Statewide Laborers' Pension Fund, New England Laborers' Training Trust Fund, New England Laborers' Labor-Management Cooperation Trust Fund, Massachusetts Statewide Legal Services Fund and Massachusetts Laborers' Statewide Annuity Fund, Massachusetts Dues Deduction and Laborers' Political League Fund and the Massachusetts & Northern New England Laborers' Unified Trust Fund, as applicable, and the Employer agrees to be bound by the foregoing Agreements and Declarations of Trust and hereby irrevocably designates as its representatives on the Boards of Trustees such Trustees as are named in said Agreements as Employer Trustees together with their successors selected in the manner provided within said Agreements and agree to be bound by all actions taken by said Employer Trustees pursuant to the said Agreements and Declarations of Trust and agrees that it may be sued by any of said Funds, or the Trustees thereof, or the Union, for non-payment of contributions or non-performance of its obligations thereunder.

4. The said Agreements further require contributions to the Construction Industries of Massachusetts Advancement Fund, the Western Massachusetts Industry Advancement Fund and the Massachusetts Construction Advancement Program, as applicable, for their Association Industry Programs and payment to the Massachusetts & Northern New England Laborers' District Council of Union Dues deducted from net pay in accordance with the voluntary written authorization of employees. The Employer agrees that it may be sued by said Associations or by the District Council, as appropriate, for non-compliance with or non-performance of said obligations.

5. Inasmuch as the Union has submitted proof and the Employer is satisfied that the Union represents a majority of its employees in the bargaining unit described herein, the Employer recognizes the Union as the exclusive Collective Bargaining Agent for all employees within that bargaining unit, on all present and future jobsites within the jurisdiction of the Union, unless and until such time as the Union loses its status as the employees' exclusive representative as a result of an NLRB election requested by the employees. The Employer agrees that it will not request an NLRB election and expressly waives any right it may have to do so.

6. This instrument shall be binding upon the Employer named herein, and its' successors and assigns, and no provisions contained or incorporated herein shall be nullified or affected in any manner as a result of any consolidations, sale, transfer, assignment, joint venture or any combination or other disposition of the undersigned Employer.

7. Attached hereto shall be the Contractor Questionnaire fully executed by the undersigned Employer and approved by the Massachusetts Laborers' District Council or an official agent thereof.


**Form #1**

May 1, 2019
Date

| Union Witness to Employer's Signature: | Employer: |
|---|---|
| *[signature]* Scott J. Coleman, Field Representative | **V & P Excavation and Construction** Company Name (please print) |
| *[signature]* Joseph Bonfiglio, Business Manager District Council Official 7 Laborers' Way Hopkinton, MA 01748 | **Philip J. Pina, Vice-President** *[signature]* VP Signature of Authorized Representative |
| 508-435-4164 Fax: 508-435-7962 | Place of Business Address: **53 Mercantile Way, #4** **Mashpee, Massachusetts  02649** Mailing Address, if different |

54800

4 ZONE B&S
4 ZONES H&H

Telephone No. **(508) 525-5539** /
**(781) 363-5534 (CELL)**

Fax No. _____

Email Address: **philir125@gmail.com**

Please forward one (1) executed copy to the Massachusetts & Northern New England Laborers' District Council