BUILDING AND SITE CONSTRUCTION AGREEMENT

between

MASSACHUSETTS & NORTHERN NEW ENGLAND
LABORERS' DISTRICT COUNCIL

of the

LABORERS' INTERNATIONAL UNION OF NORTH AMERICA
AFL-CIO

and

THE LABOR RELATIONS DIVISION OF THE
ASSOCIATED GENERAL CONTRACTORS OF MASSACHUSETTS, INC.

and

BUILDING TRADES EMPLOYERS' ASSOCIATION OF
BOSTON AND EASTERN MASSACHUSETTS, INC.



EFFECTIVE:
JUNE 1, 2016 - MAY 31, 2020

# AGREEMENT

This Agreement made and entered into this 1st day of June, 2016 by and between the Labor Relations Division of the Associated General Contractors of Massachusetts, Inc., The Building Trades Employers' Association of Boston and Eastern Massachusetts, Inc., corporations organized and existing under the laws of the Commonwealth of Massachusetts, referred to hereinafter as the "ASSOCIATIONS", acting for and on behalf of and under the authority of their members whose names appear on Schedules "I" & "II" attached hereto and any other member joining said Associations during the term of this Agreement it is authorized and has agreed to represent and such other Building Contractors who execute an Acceptance of the terms and provisions of this Agreement hereinafter referred to as the "EMPLOYER", and the Massachusetts & NORTHERN NEW ENGLAND Laborers' District Council, hereinafter referred to as the "UNION", acting for and on behalf of Massachusetts Local Unions Nos. 22 Boston, 39 Fitchburg, 88 Boston, 133 Quincy, 138 Norwood, 151 Cambridge, 175 Lawrence, 223 Boston, 243 Worcester, 385 New Bedford, 429 Lowell, 473 Pittsfield, 560 Waltham, 596 Holyoke, 609 Framingham, 610 Fall River, 721 Brockton, 999 Springfield, 876 Taunton and 1285 Boston, Massachusetts; of the Laborers' International Union of North America, each hereinafter referred to as the "Local Union".

# PREAMBLE

This Agreement is entered into to facilitate the adjustment of grievances and disputes between the Employers and employees; to provide, insofar as possible, for the continuous employment of labor and to bring about stable conditions in the industry, and to establish necessary procedure for the amicable adjustment of all disputes which may arise between Employers and employees.

# DECLARATION OF PRINCIPLES

There shall be no discrimination against any Laborer by reason of race, creed, color, sex, age or national origin. The Employer shall abide by the Federal Williams-Steiger Occupational Safety and Health Act, the Environmental Protection Act and the laws and regulations administered by the Massachusetts

Department of Environmental Quality Engineering pertaining to Asbestos Removal.

## ARTICLE I
## TERRITORIAL JURISDICTION

This Agreement shall apply to and be effective for all local unions located in the Commonwealth of Massachusetts.

The Associations, on behalf of their members who have authorized them to bargain on their behalf with the Union, further agree to abide by the so-called Building and Site Agreements entered into by and between the General Contractor's Association of Pittsfield, Massachusetts and Local 473 (Pittsfield, Mass.), and by and between the Construction Industry Association of Western Massachusetts, Inc. and Local 596 (Holyoke, Mass.) and Local 999 (Springfield, Mass.) whenever such employer performs or oversees work performed within the territorial jurisdiction covered by the above-referenced Agreements and/or Local Unions.

| Local Union | | Business Manager | Jurisdiction |
|---|---|---|---|
| Boston | 22 | *Lou Mandarini, Jr.* 35 Highland Ave Malden, 02148 (781) 321-6616 | 1/2 Allston, 1/2 Brighton, 1/2 Boston Arlington, Belmont, Brookline, Burlington, Chelsea, Everett, Malden, Medford, Melrose, Reading, Revere, Somerville, Stoneham, Wakefield, Winchester, Winthrop, Woburn *(Zone 1)* |
| | | | Beverly, Danvers, Essex, Gloucester, Hamilton, Ipswich, Lynn, Lynnfield, Marblehead, Manchester, Middleton, Nahant, Peabody, Rockport, Salem, Saugus, Swampscott, Topsfield, Wenham *(Zone 2)* |

## ARTICLE III
## WAGES-HOURS-CLASSIFICATIONS-SHIFTS

**Section 1.** The actual negotiated "Wage and Benefit Schedule" is included as "Appendix A" to this Agreement and incorporated herein by reference. The parties agree that the Council maintains the right to allocate the negotiated Wage and Benefit increases reflected in Appendix A, in its sole discretion, among wages, fringe benefits and dues deduction.

**Section 2.** The rate to be paid for intermediate classifications shall be as follows: The amounts indicated shall be the amounts to be paid per hour over and above the basic wage rate referred to above.

Asphalt Rakers, Carbide Core Driller Operators, Chain Saw Operators, Pipelayers, Jackhammer and Paving Breaker Operators, Barco-type Jumping Tampers, Laser Beam Operators, Concrete Pump Operators, Mason Tenders, Mortar Mixers, Ride-on Motorized Buggy Operators and Fence Beam Rail Erectors $ .25

Pre-cast Floor and Roof Plank Erectors $ .75

Air Track Operators, Hydraulic and similar self-powered Drills, Block Pavers, Rammers and Curb Setters $ .75

Powdermen and Blasters $1.00

**Section 3.** The following will prevail and must be applied by all Employers engaged in the removal of asbestos:

1. Masks and all other equipment used in the removal of asbestos must meet the regulations governing the industry.

2. Employees will be required to observe the regulations when leaving encapsulated area for any reason.

3. Employer must provide shower facilities with hot water.

4. When necessary, lunch periods will be staggered to allow

12

employees time for clean up.

5. All employees laid off after 5:00 PM, must be paid by noon of the next day.

6. If a shift ends between 12 Midnight and 5:00 AM, consideration must be given to availability of transportation for the employees.

7. Employer will furnish lockers or other means to safeguard the personal belongings of employees.

*Section 4.*   The employment of Watchmen shall be at the discretion of the Employer. However, should the Employer employ Watchmen, other than guards furnished by a protective service, it is agreed that such Watchmen shall come under the provisions of this Agreement and that they shall be paid on a straight hourly basis unless job or government regulations make it mandatory to pay them overtime rates after forty (40) hours. It is understood and agreed that Watchmen shall perform no duties that would make them guards as defined by the National Labor Relations Act.

Wages and Fringe Benefit Fund contributions for Laborers employed as Watchmen shall be paid as outlined in Appendix A.

*Section 5.*   The employment of a fire watch shall be at the discretion of the Employer. Should the Employer employ a fire watch, other than a fireman as may be required by the local city or town, it is agreed that such fire watch shall come within the provisions of this Agreement and be assigned to the Laborer and shall be paid at the regular Laborers rate.

Definition of abbreviations used in Section 1 and 4

| | | |
|---|---|---|
| H & W | = | Massachusetts Laborers' Health and Welfare Fund Article XI |
| Pension | = | Massachusetts Laborers' Pension Fund Article XIII |
| Annuity | = | Massachusetts Laborers' Annuity Fund Article XVI |
| Nell-MCT | = | New England Laborers' Labor Management |

13

Cooperation Trust Article XVII

| | | |
|---|---|---|
| Unified Trust | = | Massachusetts Laborers' Unified Trust Article XIX |
| Training | = | New England Laborers' Training Trust Fund Article XIV |
| Legal | = | Massachusetts Laborers' Legal Services Fund Article XV |
| H & S | = | New England Laborers' Health and Safety Fund Article XII |
| MCAP | = | Massachusetts Construction Advancement Program Article XVIII |
| Dues & LPL | = | Dues of ($1.18) per hour and Laborers' Political League (LPL) ($.02) per hour, deducted from net wages after taxes - Article VIII |

***Section 6.***

a)   Forty (40) hours shall constitute a week's work for all Laborers; eight (8) hours shall constitute a day's work, from 8:00 AM to 12:00 Noon, and between 12:30 PM and 4:30 PM, on Monday, Tuesday, Wednesday, Thursday and Friday.  Work performed on Sundays and holidays requires a permit from the Union.   If any work is to be performed on Saturday, the Steward shall be notified.  In the event that a particular operation may request permission to deviate from the above hours, within the hours of 7:00 AM to 5:00 PM, such permission may be granted by the Business Manager and may be changed by mutual consent.

The Employer may, upon notification to the Local Union in whose jurisdiction the project is located, work four (4) ten (10) hour days, Monday through Thursday at straight time, provided that a fifth day, if worked, shall be at least eight (8) hours long.  Hours worked in excess of forty (40) for the week or ten (10) hours per day shall be paid for a time and one-half (1½) the basic wage rate. In the event there is lost time during the four (4) day work week for any reason beyond the Employer's control, including inclement weather or equipment breakdowns, then Friday may be worked as a make-up day at straight time,

14

provided that the work shall be performed between the hours of 7 a.m. and 5:30 p.m.

***Section 7.***   When two (2) or more shifts are worked, they shall continue for at least three (3) consecutive regular workdays unless the Employer is prevented from working such days or any portion thereof because of conditions beyond his control, including weather conditions.

The first shift shall be of eight (8) hours, the second shift shall be of seven and one-half (7½) hours, and the third shift shall be of seven (7) hours and eight (8) hours pay shall be paid for each shift.

When working on Saturdays, the first shift shall work eight (8) hours and receive twelve (12) hours pay at the straight-time rate, the second shift shall work seven and one-half (7½) hours and receive twelve (12) hours pay at the straight-time rate, and the third shift shall work seven (7) hours and receive twelve (12) hours pay at the straight time rate.

When working on Sundays and holidays, the first shift shall work eight (8) hours and receive sixteen (16) hours pay at the straight-time rate and the second and third shifts shall work seven (7) hours each and receive sixteen (16) hours pay at the straight-time rate. A shift which begins at or after 12 Midnight Sunday shall be considered the third shift.

An employee who actually works either seven (7) or seven and one-half (7½) hours in accordance with the established shifts of this section, shall receive fringe benefit fund contributions based upon a minimum of eight (8) hours.

***Section 8.***   All time worked before and after the established work day of eight (8) hours, on Monday, Tuesday, Wednesday, Thursday, or Friday, and all time worked on Saturdays, shall be paid for at the rate of time and one-half the straight time rate. All time worked on Sundays and holidays specified in Article IV shall be paid for at the rate of double the straight-time rate.

***Section 9.***   During the morning and afternoon working hours on each job, at a time specified by the contractor, a coffee or refreshment period, not to exceed five (5) minutes, shall be allowed. One or more Laborer employees designated by the Job Superintendent or the Laborer Foreman shall obtain the coffee or refreshments provided it is readily available at the job site for each employee at his own expense.

15

**Section 10.**  In the alteration and repair of stores, industrial and commercial maintenance work, where the work cannot be performed during the regular working hours of 8:00 AM to 4:30 PM, this work shall be done under the wages covered by this Agreement with the shift premium for the first seven (7) hours work and the regular premium set forth in this Agreement to be paid after the seven (7) hours work. On Saturdays, Sundays and holidays, the premium set forth in this Agreement shall prevail.

**Section 11.**  Laborers who utilize sick time, earned pursuant to Massachusetts G.L. c. 149, Section 148C, shall be paid at their regular straight time rate of pay without fringe benefits regardless of the day of the week taken.

## ARTICLE IV
## HOLIDAYS

**Section 1.**  Employees covered hereunder shall be entitled to observe the following legal holidays enacted by Act of Legislation and shall be observed on the date set by the Commonwealth of Massachusetts:

| | |
|---|---|
| *New Year's Day* | *Labor Day* |
| *President's Day* | *Columbus Day* |
| *Patriots' Day* | *Veterans' Day* |
| *Memorial Day* | *Thanksgiving Day* |
| *Independence Day* | *Christmas Day* |

**Section 2.**  Any Employee who observes Martin Luther King, Jr. day shall not be subject to discrimination or retaliation of any type.

**Section 3.**  The legal holidays to be observed in New Hampshire are those that are declared by an Act of the State Legislatures.

**Section 4.**  Employees who work on holidays listed above shall receive the applicable overtime rate as provided in Article III, Section 8.

**Section 5.**  In Salem, New Hampshire, within the jurisdiction of Local Union 175, the fourth Monday in April, known as "Fast Day" shall be celebrated as a holiday in place of Patriots' Day, April 19th.

16

All Stewards shall be working Stewards.

**Section 3.**   Laborer foremen in charge of Laborers must be members of the Union in good standing for a period not less than one (1) year and shall be covered by all the terms of this Agreement and shall receive not less than one dollar ($1.00) per hour over the basic hourly rate paid to the Laborers under their direction, and shall receive a guaranteed forty (40) hours pay per week.

For the purpose of directing Laborers, on all operations where seven (7) or more Laborers are employed, a Laborer foreman shall be selected by the Employer.  The second Laborer foreman shall be supplied by the Local Union that has the territorial jurisdiction in the area where the job is located and such additional Laborer foremen shall be acceptable to the Employer.  The third Laborer foreman shall be selected by the Employer and the fourth by the Local Union, and any additional foremen will be alternated as provided above.

The Laborer foreman shall not be compelled to work with the tools and shall devote his or their attention to the direction of the work involved.  All Labor Foreman shall possess a thirty (30) hour OSHA certification.   The certification must be obtained by January 1, 2014.

## ARTICLE VI
## COVERAGE AND DESCRIPTION OF LABORERS' WORK

**Section 1.**   It is agreed that Laborers' work shall include but not be limited to all work recognized by the Employer as outlined and described in Article XXII herein.

**Section 2.**   Work assignments shall be made by the Employer in accordance with present decisions and agreements of record and area practice.

In the event a jurisdictional dispute arises then, the disputing unions shall request the other union or unions involved to send representatives to the job site to meet with representatives of the Union and Employer to settle the dispute.   If unanimous agreement is not reached at the meeting, the Union shall request that its International Union assign a representative who shall make arrangements to meet representatives of the other International Union or Unions involved and representatives of the Employer on the job site to seek settlement of the dispute. The Employer shall also request the International Unions involved to assign representatives to seek settlement of the dispute.

18

If the above procedures, or any other mutually agreed upon procedure, fails to resolve the problem, then the Employer at the request of the Union, agrees to participate in a tripartite arbitration with all the disputing parties. The impartial umpire to hear the dispute can be mutually agreed upon by the parties, or appointed by the American Arbitration Association.

Decisions rendered by any of the above procedures shall be final, binding and conclusive on the Employer and the Union parties to this Agreement.

There shall be no strikes, picketing or lockouts over any jurisdictional dispute.

## Maintenance of Operations on Projects

To prevent jurisdictional disputes from arising on projects or over the method of starting a project, Employers are directed to follow the procedures outlined below.

## Employer's Responsibility

The Employer who has the responsibility for the performance and installation shall make a specific assignment of the work which is included in its contract. For instance, if Employer A subcontracts certain work to Employer B, then Employer B shall have the responsibility for making the specific assignment for the work included in its contract. If Employer B in turn shall subcontract certain work to Employer C, then Employer C shall have the responsibility for making the specific assignment for the work included in its contract. The Employer shall not hold up disputed work or shut down a project on account of a jurisdictional dispute.

**Section 3.**   Jurisdictional Claims on the Laborers' International Union of North America shall extend over the divisions of the trade as set forth in Article XXII.

**Section 4.**   Any violation of this Article VI shall be processed as a jurisdictional dispute.

19

## ARTICLE VII
## REPORTING TIME PAY

*Section 1.*    After a person has been first hired and ordered to report to work at the regular starting time and no work is provided for him on the day that he is so ordered to report, he shall receive reporting time pay equivalent to two (2) hours at the regular straight time hourly rate. If the person has been working regularly, and the Employer has failed to notify him not to report for work before leaving his residence, he shall be entitled to two (2) hours reporting time pay at the regular straight time hourly rate, and this two (2) hour reporting time pay shall not be subject to the weather provisions of Section 5 of this Article VII. To be eligible for reporting time pay as provided herein, the employee must remain at the job site and be available for work unless told by the Employer that he may leave.

*Section 2.*    Employees shall furnish their Employer with current telephone number or other contact at the start of each job, and advise the Employer of any subsequent change or changes in such contact during the course of the job.

*Section 3.*    Any employee who reports for work, and for whom work is provided, regardless of the time he works, shall receive the equivalent of not less than four (4) hours pay at the regular straight time hourly rate provided he is available for work throughout such period.

*Section 4.*    Any employee who reports for work and who works four (4) or more hours in any one (1) day shall receive the equivalent of not less than eight (8) hours pay at the regular straight time hourly rate provided that he is available for work until the end of that regular work day.

*Section 5.*    It is expressly provided, however, that if the employee leaves the job site without permission of the Employer, or when a person refuses to work or continue to work, or when work stoppages brought about by a third party or parties prevent or make ill-advised, in the opinion of the Employer, the performance or continuance of work, or when weather makes work impractical, payment for time not actually worked shall not be required.

*Section 6.*    Where notification of the men is required under this Agreement to the effect that work shall not be performed on a particular day, notification of such fact to the steward shall be sufficient notification to the men, provided the steward is permitted enough time during working hours to notify the men.

20

## ARTICLE VIII
## CHECK OFF AND PAYROLL DEDUCTION

**Section 1.**   The Employer agrees to deduct the sum of one dollar and fifty-nine cents ($1.59) per hour for each hour worked from the weekly wages, after taxes, of each employee, provided, such employee has executed voluntary written authorization for such deductions to be allocated as follows:

One dollar and fifty-two cents ($1.52) shall be used as hourly membership dues to support the Local Unions and the Massachusetts & Northern New England Laborers' District Council.

Seven cents ($.07) of the amount provided in Section 1 shall be used as a voluntary contribution payable to the Laborers' Political League (LPL) to enable the Massachusetts & Northern New England Laborers' District Council and its affiliated Local Unions to participate more fully in matters affecting the welfare of its members.

**Section 2.**   A sample authorization for such deductions is as follows:

### DUES DEDUCTION AUTHORIZATION

To all Employers by whom I am employed during the terms of the present or future Collective Bargaining Agreements either by and between signatory Contractor Associations and the Massachusetts & Northern New England Laborers' District Council of the Laborers' International Union of North America, AFL-CIO and its Affiliates, or by an Employer, not a member of said Associations, which has an individual collective Bargaining Agreement with the Council and its affiliates.

I, _____
           (Print Member Name)                                        (Social Security Number)
of Local # _____ hereby authorize my Employer to deduct from my wages each week one dollar and fifty-two cents ($1.52) per hour for each hour worked, or the amount of dues specified in any future collective bargaining agreement covering my employment, all of said amounts constitute what are known as the hourly deductions as part of my membership dues for said week owing by me to the Union. Such deduction shall be made from my earned pay on each regularly-scheduled pay day and shall be remitted to the designated depository at the same time and along with the Health & Welfare, Pension, Legal, Annuity, Training, New England Laborers' Labor-Management Cooperation Trust, New England Laborers' Health & Safety Fund and Massachusetts & Northern New England Laborers' Unified Trust contributions.

This authorization shall become operative upon the effective date of each Collective Bargaining Agreement entered into between my Employer and the Union or upon the date that I execute this card, whichever is sooner. This authorization shall remain in effect during the terms of the current and all future Collective Bargaining Agreements entered into between my Employer and the Union unless it is specifically revoked in writing, bearing the date and my signature, and delivered to the Offices of the Local Union of which I am a member and to the Employer to whom I am currently employed.

Signature: _____
Date: _____

21

**LABORERS' POLITICAL LEAGUE**
**LIUNA PAC & LIUNA LPL EDUCATION FUND**

This is to certify that _____ / _____
                        (Print Member Name)                     (Social Security Number)

of Local # _____ has made a voluntary contribution of seven cents ($.07) per hour for each hour worked. Foreign nationals may not contribute. I understand that this voluntary payment is not a condition of membership in the union and that the union cannot favor or disadvantage me because of the amount of my contribution or my decision not to contribute.  The money received will be used to make political expenditures and contributions in connection with federal, state and local elections as outlined herein. While specific amounts may be mentioned, these are merely suggestions, and you are free to contribute more or less than the suggestion.

I hereby authorize my Employer to deduct from my wages each week, seven cents ($.07) per hour for each hour worked as a voluntary contribution.

Four cents ($0.04) shall be contributed to the LABORERS POLITICAL LEAGUE (LPL), which I understand constitutes a separate segregated fund used for the purposes allowed under Massachusetts Campaign Finance Laws.

Three cents ($0.03) shall be contributed to the LIUNA PAC and the LIUNA LPL EDUCATION FUND which I understand constitutes separate segregated funds used for the purposes allowed under Federal Election Campaign Act, 2 U.S.C. Sec. 441(b).

Such authorization shall be remitted to the designated depository at the same time and along with the Health & Welfare, Pension, Legal, Annuity, Training, New England Laborers' Labor-Management Cooperation Trust, New England Laborer's Health & Safety Fund and Massachusetts Laborers' Unified Trust contributions.

Any revocation of the above must be in writing, bear the date and my signature, and will be delivered to the Offices of the Local Union of which I am a member and to the Employer to whom I am then currently employed.

Signature: _____

Date: _____

Any and all contributions to the Laborers' Political League are not deductible as charitable contributions for federal income tax purposes.

**Section 3.**   It shall be the sole responsibility of the Union to procure, pursuant to the provisions of Section 302(c) of the Labor-Management Relations Act of 1947, as amended, the signed individual authorization of every employee subject to this Agreement, both present and future. The Union shall indemnify and hold harmless each Employer from any claim arising under this Article including the furnishing of counsel to defend against any such actions.

**Section 4.**   Any Employer who fails to file his reports and remit the deductions when the same is due and payable shall be considered in violation of this Agreement and subject to the penalties outlined in Article XX.

22

**Section 8.**   *Quitting Time*   Each employee shall be given sufficient time at the end of the day to put away his tools and be at the clothes room or change shack at quitting time.

**Section 9.**   *Travel and Subsistence*

(a)   When Laborers are employed on the Islands, two (2) hours per day traveling time shall be paid at single time rate, when an eight (8) hour day is actually worked, if required to travel by boat.

(b)   When Laborers are employed on Martha's Vineyard, Nantucket, Nomans and Elizabeth Islands, the Employer agrees to pay room and board expenses if it becomes necessary for the men to stay overnight.

**Section 10.**  *Mandatory Training.*   The parties agree that all Laborers shall be trained in OSHA 30, scaffold erection, fall protection, first aide, cardiopulmonary resuscitation (CPR), and in the operation and use of an automated external defibrillator (AED), by May 31, 2020.

### ARTICLE X
### MASSACHUSETTS LABORERS' HEALTH and WELFARE FUND

**Section 1.**   Each Employer subscribes to and agrees to be bound by the Massachusetts Laborers' Health & Welfare Fund Agreement and Declaration of Trust and any amendments thereto and ratifies and approves all actions of the Trustees within the scope of said Agreement.

**Section 2.**   Contributions to Fund     Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour for each hour worked by each employee, covered by the terms of this Agreement, to the Massachusetts Laborers' Health and Welfare Fund.  Said sum will be paid into said Fund not later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete payroll of the preceding calendar month.  The said Fund will be administered by a Board of Trustees selected and appointed under the provisions of the Trust Agreement executed by the Union and the Employers.  Said Trust Agreement shall conform to the Labor-Management

Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States, the Commonwealth of Massachusetts and the State of New Hampshire.   The said Fund will be used to purchase accident and sickness disability insurance and hospitalization, medical and surgical benefits and/or other welfare benefits of a similar nature for the said employees as provided in the said Trust Agreement.

The Union reserves the right to remove the employees whose wages, hours and working conditions as set forth in this Agreement from any job for which the Employer has failed to remit to the aforementioned Health and Welfare Fund monies due to the Fund within the time for payment thereof, as determined by the Board of Trustees acting under the authority of the Agreement and Declaration of Trust under which the Fund operates.

The failure to contribute by the Employer to the said Health and Welfare Fund, as provided herein, for the purpose of the remedy the Union may pursue, is covered in Article XX herein.   The Massachusetts Laborers' Health and Welfare Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

***Section 3.***   New Federal Health Insurance Law   In the event that a new state and/or federal health insurance law becomes effective during the term of this Agreement, the parties agree to meet and reopen the contract to make any changes necessitated by the law(s) and to negotiate other provisions as may be appropriate. In the event the parties are unable to agree upon the changes required by law(s) or other appropriate changes, the matter may proceed to final and binding arbitration pursuant to Article XXVI at the request of either party, provided that the Arbitrator shall not be permitted to increase the cost to the Employer.

## ARTICLE XI
## NEW ENGLAND LABORERS' HEALTH and SAFETY FUND

***Section 1.***   Each Employer subscribes to and agrees to be bound by the Massachusetts Laborers' Health & Safety Fund Agreement and Declaration of Trust and any amendments thereto and ratifies and approves all actions of the Trustees within the scope of said Agreement.

*Section 2.*  Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour for each hour worked by each employee covered by the terms of this Agreement to the New England Laborers' Health and Safety Fund.

*Section 3.*  Said sum shall be paid into the Fund no later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete payroll period of the preceding calendar month.  The Fund will be administered by a Board of Trustees selected under and subject to the provisions of a Trust Agreement and Plan entered into by the Union and the Employers.

*Section 4.*  The Plan and Trust shall conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and states where this Agreement applies.  The Trust and Plan at all times shall be a "qualified" Trust and Plan as defined by Sec. 401 of the Internal Revenue Code.  The Plan and Trust shall be created and administered, subject to modification, change of methods or administration and practices as may be required to the end that at all times contributions by the Employers to the Fund shall be deductible as an ordinary expense of doing business in the computation of Federal Income Tax of the Employers

*Section 5.*  The failure to contribute by the Employer to the said Health and Safety Fund, as provided herein, for the purpose of remedy the Union may pursue, as covered in Article XX herein.  The New England Laborers' Health and Safety Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

### ARTICLE XII
### MASSACHUSETTS LABORERS' PENSION FUND

Each Employer subscribes to and agrees to be bound by the Massachusetts Laborers' Pension Fund Agreement and Declaration of Trust and any amendments thereto and ratifies and approves all actions of the Trustees within the scope of said Agreement.

Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour for each hour worked by each employee, covered by the terms of this Agreement to the Massachusetts Laborers' Pension Fund.  Said sum will be paid into said Fund not later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete

27

payroll period of the preceding calendar month. The Fund will be administered by a Board of Trustees selected under, and subject to the provisions of a Trust Agreement and Plan entered into by the Union and the Employers. The Plan and the Trust shall conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States, the Commonwealth of Massachusetts and the State of New Hampshire.

The Trust and Plan at all times shall be a "qualified" Trust and Plan, as defined by Section 401 of the Internal Revenue Code. The Plan and the Trust shall be created and administered, subject to modification, change of methods of administration and practices as may be required, to the end that at all times contributions by the Employers to the Fund shall be deductible as an ordinary expense of doing business in the computation of Federal Income Tax of the Employers.

The failure to contribute by the Employer to the said Pension Fund, as provided herein, for the purpose of the remedy the Union may pursue is covered in Article XX herein. The Massachusetts Laborers' Pension Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

## ARTICLE XIII
## NEW ENGLAND LABORERS' TRAINING TRUST FUND

Each Employer subscribes to and agrees to be bound by the Massachusetts Laborers' Training Trust Fund Agreement and Declaration of Trust and any amendments thereto and ratifies and approves all actions of the Trustees within the scope of said Agreement.

Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour for each hour worked by each employee covered by the terms of this Agreement, to a Training Fund known as New England Laborers' Training Trust Fund. Said sum will be paid into said Fund not later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete payroll period of the preceding calendar month. The Fund will be administered by a Board of Trustees selected under, and subject to the provisions of a Trust Agreement and Plan entered into by the Union and the Employers. The Plan and Trust shall conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and the Commonwealth of Massachusetts and the State of New

28

Hampshire. The Trust and Plan at all times shall be a "qualified" Trust and Plan as defined by Section 401 of the Internal Revenue Code. The Plan and Trust shall be created and administered, subject to modification, change of methods or administration and practices as may be required to the end that at all times contributions by the Employers to the Fund shall be deductible as an ordinary expense of doing business in the computation of Federal Income Tax of the Employers.

The failure to contribute by the Employer to the said Training Fund as provided herein, for the purpose of the remedy the Union may pursue, is covered in Article XX, herein. The New England Laborers' Training Trust Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

## ARTICLE XIV
## MASSACHUSETTS LABORERS' LEGAL SERVICES FUND

*Section 1.* Each Employer subscribes to and agrees to be bound by the Massachusetts Laborers' Legal Services Fund Agreement and Declaration of Trust and any amendments thereto and ratifies and approves all actions of the Trustees within the scope of said Agreement.

*Section 2.* Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour for each hour worked by each employee, covered by this Agreement to the Massachusetts Laborers' Legal Services Fund. Said contributions will be paid into such Fund not later than the twentieth (20th) day of each and every month for the hours worked by said employees up to the end of the last completed payroll period of the preceding calendar month. The failure to contribute to this Fund by the Employer as provided herein shall be subject to the provisions of Article XX hereof. The Massachusetts Laborers' Legal Services Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

## ARTICLE XV
## MASSACHUSETTS LABORERS' ANNUITY FUND

*Section 1.* Each Employer subscribes to and agrees to be bound by the Massachusetts Laborers' Annuity Fund Agreement and Declaration of Trust and any amendments thereto and ratifies and approves all actions of the Trustees within the scope of said Trust Agreement.

***Section 2.***   Each Employer agrees to pay for each hour worked by each employee, covered by this Agreement, to the Massachusetts Laborers' Annuity Fund, the negotiated contribution in each respective zone and any future allocated increase during the term of this agreement (reflected in Appendix A of this Agreement).   Said sums will be paid into said Fund not later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete payroll of the preceding calendar month.   Payment shall be made in one check and on the same form furnished by the Massachusetts Laborers' Benefit Funds.   The said Fund will be administered by a Board of Trustees selected and appointed under the provisions of the Trust Agreement executed by the Union and the Employers.   Said Trust Agreement shall conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States, the Commonwealth of Massachusetts and the State of New Hampshire.

***Section 3.***   Members of the Association and Employers subscribing to the Trust Agreement, when working outside the jurisdictional area of this Agreement in areas where they have no contractual obligation to contribute to an annuity fund, shall contribute the same amount in the same manner as set forth above to the "Massachusetts Laborers' Annuity Fund" for each Laborer when said Laborer is sent and put to work by the Employer from the territorial jurisdiction set forth in Article I.

***Section 4.***   Failure to contribute to the Fund shall be a violation of this Agreement.   The Union and the Employer mutually recognize the requirement that contributions to this Fund be made on a current basis by all Employers who have made one or more contributions to the Fund or have entered into an agreement with the Union requiring such contributions.

***Section 5.***   The Fund shall be used to provide benefits as determined by the Trustees in accordance with the terms of the Trust.   The failure to contribute by the Employer to the said Annuity Fund, as provided herein, for the purpose of the remedy the Union may pursue, is covered in Article XX herein.   The Massachusetts Laborers' Annuity Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

## ARTICLE XVI
## NEW ENGLAND LABORERS' LABOR-MANAGEMENT COOPERATION TRUST

*Section 1.*  Each Employer subscribes to and agrees to be bound by the New England Laborers' Labor-Management Cooperation Trust Agreement and Declaration of Trust and any amendments thereto and ratifies and approves all actions of the Trustees within the scope of said Agreement.

*Section 2.*  Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour for each hour worked by an employee covered by this Agreement to the New England Laborers' Labor-Management Cooperation Trust Fund.

*Section 3.*   Said sum will be paid into said Fund not later than the twentieth (20th) day of each month for hours worked by said employees up to the end of the last complete payroll period of the preceding calendar month.  The Fund will be administered by a Board of Trustees selected under, and subject to the provisions of a Trust Agreement and Plan entered into by the Union and the Employer and others.

*Section 4.*   The Plan and Trust conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and the Commonwealth of Massachusetts.  The Trust and the Plan at all times shall be a "qualified" Trust and Plan, as defined by Section 401 of the Internal Revenue Code.  The Plan and Trust shall be created and administered, subject to modification, change of methods of administration and practices as may be required to, the end that at all times contributions by the Employers to the Fund shall be deductible as an ordinary and necessary expense of doing business in the computation of Federal Income Tax of the Employers.

*Section 5.*   The failure to contribute by the Employer to the said New England Laborers' Labor-Management Cooperation Trust Fund, as provided herein, for the purpose of the remedy the union may pursue, is covered in Article XX herein.

## ARTICLE XVII
## MASSACHUSETTS CONSTRUCTION ADVANCEMENT PROGRAM

***Section 1.*** Each Employer subscribes to and agrees to be bound by the Massachusetts Construction Advancement Program Agreement and Declaration of Trust and any amendments thereto and ratifies and approves all actions of the Trustees within the scope of said Agreement.

***Section 2.*** This Trust, known as the Massachusetts Construction Advancement Program, shall be referred to in this Article as "the Fund". The Fund shall be administered solely and exclusively by Trustees appointed pursuant to the provisions of the Trust instrument.

***Section 3.*** Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour for each hour worked by each of its employees, covered by this Agreement, to the Massachusetts Construction Advancement Program.

***Section 4.*** The Fund will be used by its Trustees for the following express purposes: A.   Manpower Recruitment and Training; B.   Education; C.   Safety and Accident Prevention; D.   Public Relations; E.   Equal Employment; F. Intra-Industry Relations; G.   Market Development; H.   Market Research; and I. Information Services within the construction industry for the mutual benefit of Employers and their employees.

***Section 5.*** The Fund shall not be used for any of the following expressly prohibited purposes: A.   Lobbying in support of anti-Union legislation; B. Supporting litigation before a court or any administrative body against the Union or any of its agents; and C.   Subsidizing contractors during a period or periods of work stoppages or strikes.

***Section 6.*** As a part of the administration of the Fund, there shall be an annual audit of the Fund by an independent certified public accountant. A copy of the audit shall be made available to all parties signatory hereto.

***Section 7.*** In the event that the Union has reasonable cause to believe that the Fund is being used for any of the purposes prohibited by Section 5, the dispute shall be subject to the arbitration provisions of this Agreement.

# ARTICLE XVIII
## MASSACHUSETTS LABORERS' UNIFIED TRUST

*Section 1.*   Each Employer, subscribes to and agrees to be bound by the Massachusetts Laborers' Unified Trust Agreement and Declaration of Trust and any amendments thereto and ratifies and approves all actions of the Trustees within the scope of said Agreement.

*Section 2.*   Each Employer agrees to pay the sum reflected in Appendix A in this Agreement, per hour worked by each employee covered by the terms of this Agreement to a fund known as the "Massachusetts Laborers' Unified Trust".

*Section 3.*   Said sums will be paid into said Fund not later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete payroll period of the preceding calendar month. The Fund will be administered by a board of Trustees selected under, and subject to the provisions of a Trust Agreement and plan entered into by the Union and the Employers. The plan and trust shall conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and the Commonwealth of Massachusetts. The trust and plan at all times shall be an exempt trust and plan, as defined by Section 401 of the Internal Revenue Code. The plan and trust shall be created and administered, subject to modification, change of methods of administration and practices as may be required, to the end that at all times contributions by the Employers to the Fund shall be deductible as an ordinary expense of doing business in the computation of federal income tax of the Employers.

*Section 4.*   There shall be a total of four (4) Trustees to constitute the Board of Trustees to administer the Fund. Said Trustees to be appointed as follows:   two (2) Trustees shall be appointed by the Massachusetts Laborers' District Council and two (2) Trustees shall be appointed by the Association. The representatives on the Board of Trustees shall at all times be equally divided among Union and Management. Each of the appointing parties shall have the power to remove, replace and appoint successors as Trustees appointed by them.

*Section 5.*   The failure to contribute by the Employer to the said Unified Trust, as provided herein, for the purpose of the remedy the Union may pursue, is covered in Article XX herein. The Massachusetts Laborers' Unified Trust shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

33

## ARTICLE XIX
## DELINQUENT PAYMENTS

*Section 1.*   Employers who are delinquent in their payments to the Massachusetts Health & Welfare, Pension, Legal Services, Annuity, Unified Trust, New England Laborers' Labor-Management Cooperation Trust, Training Trust and Health & Safety Funds shall not have the privilege of employing Laborers under the terms of this Agreement if such payments have not been made after written notice or certified, sent by registered or certified mail, return receipt requested, of such delinquency is given by the Union and seventy-two (72) hours have elapsed since such notice was sent.  All employees affected by such delinquency to any of the above-mentioned Funds, and who have lost work as a result thereof, shall be paid their normal wages by the delinquent Employer, until said delinquency is cured and the employees resume their work.

Once an Employer has been adjudged a delinquent by any of the above-mentioned Fund Trustees, he shall, in addition to remitting to the Funds for his past delinquencies, be required to make his current payments on a weekly basis and further furnish a fifty thousand ($50,000) surety bond to the Trustees of each respect Fund as listed above.  All attorney's fees, sheriff's costs, accounting and court costs involved to collect delinquent payments from the delinquent Employer, or to obtain an audit from an Employer who has refused to permit one, must be borne fully by the Employer involved.

*Section 2.*   In accordance with Section 5.02(g)(2) of ERISA, as amended, the Trustees do establish the rate of interest to be paid by Employers on delinquent contributions to be ten percent 10% and further, liquidated damages shall be assessed in an amount of twenty percent (20%) of the amount of the delinquency, or such higher percentage as may be permitted under Federal or State Law, plus reasonable attorney's fees and costs of the action.

*Section 3.*   If an audit by the Trustees or their representative determines that an Employer has not correctly reported the hours worked by his Laborers, the Employer, in addition to other remedies provided in the Trust Agreement, shall be liable to the Funds for the cost of auditing his payroll records, interest at the rate stated in Section 2 above from the date when payment was due to the date when payment was made, attorney's fees and liquidated damages in the amount of twenty percent (20%) of the delinquent amount.

34

***Section 4.***   The parties agree that the Trustees of the Delinquency Committee, with the approval of the Business Manager of the District Council, shall have the right to terminate the collective bargaining agreement of any Employer deemed by them to be habitually delinquent.

***Section 5.***   Audit – The Employers shall make all reports on contributions required by the funds on forms furnished by the Funds or their authorized representatives. The Trustees or their authorized representatives upon reasonable notice may examine the pertinent payroll records of any Employer, including, but not limited to all quarterly and yearly payroll tax returns, payroll listings, payroll records individual earnings records and checks. Cash disbursement journals and general ledgers may also be examined whenever such examination is deemed necessary by the Joint Labor Management Trustees of the Delinquency Committee in their sole discretion. Such examinations may be implemented by the Trustees' authorized representatives in connection with the proper administration of the Funds. The expense of such audit of an Employer's records shall be borne by the Funds, in which event, the expense of audit may, under rules and regulations adopted by the Trustees of the Delinquency Committee, be charged against the Employer. If the expense of audit charged against the Employer is not paid by the Employer within ten days after written notice from the funds or their authorized representatives, the Funds may take any action, including, but not limited to court proceedings, necessary to enforce payment of such audit expense, including reasonable interest and an administration fee at such rates and in such amount as the Funds may determine, and including all attorneys' fees involved in collection of such audit expense, interest and administration fee. In the event that the Funds or their representatives shall incur attorneys' fees or other expenses in order to enforce the Funds' right to audit the records of any Employer, such attorneys' fees or other expenses shall be charged against such Employer regardless of whether the Employer shall have been delinquent in contributions to the Fund for the period of the audit.

## ARTICLE XX
## SEVERAL LIABILITY

***Section 1.***   The obligation of each Employer member of the Associations shall be several and not joint.  This Agreement shall be binding upon each Employer signatory hereto and its successors and assigns, and no provisions contained or incorporated herein shall be nullified or affected in any manner as a result of any consolidations, sale, transfer, assignment, or any combination or other disposition of the Employer.

35

welders incidental to traditional laborers work. Laborers shall be properly trained and certified as required to perform this work.

## ARTICLE XXIII
## APPLICABILITY OF AGREEMENT

All applicable work within the territorial jurisdiction covered by this Agreement shall be performed under the terms and conditions of this Agreement.

## ARTICLE XXIV
## APPRENTICESHIP PROGRAM

The parties hereby incorporate by reference, as part of this agreement, the "Apprenticeship Standards For Construction Craft Laborer" adopted by the parties on January 26, 1998.

Employers employing one or more apprentice(s) shall participate in the 4000 hour Massachusetts & Northern New England Laborers District Council Apprentice Program under the above-referenced standards for construction craft laborer.

A.     New applicants for membership who cannot provide reasonable proof of 4,000 or more hours of employment as a Construction Craft Laborer (or, alternatively, cannot demonstrate equivalent skills in a placement examination administered by the Joint Apprenticeship and Training Committee (JATC) shall, whenever, possible, enter the Apprenticeship program. Any person entering but failing to maintain and complete his or her Apprenticeship shall not be employed by the Employer as a Journey Worker under this Agreement. The failure of any Apprentice to maintain his or her Apprenticeship status shall obligate the Employer to discharge such person upon notice from the Union.

49

1. Failure of the Employer to provide Workers' Compensation coverage; *or*
2. Failure of the Employer to pay unemployment contributions; *or*
3. Failure of the Employer to make Benefit Fund contributions in accordance with the procedures outlined in Article XIX, Section 1 of this Agreement, provided there is 72-hour notice to the delinquent Employer and the General Contractor; or
4. Refusal of either party to submit to arbitration in accordance with Article XXV or failure on the part of either party to carry out the arbitration award, provided there is 72-hour notice to the Employer and the General Contractor; *or*
5. The failure of the Employer to pay wages provided herein.

## ARTICLE XXVII
## FAVORED NATIONS CLAUSE

Effective on the execution date of this Agreement, the Union agrees that in the event it subsequently grants more favorable terms and conditions, other than those contained within this agreement, to any competing employer or association, the Union will extend those same terms and conditions to the parties to this Agreement. The above provisions shall not apply to any action taken by the Market Recovery and Retention Committee established by Article XXVIII below.

## ARTICLE XXVIII
## MARKET RECOVERY AND RETENTION COMMITTEE

It is hereby understood and agreed by and between the Union and the Associations that, for the term of the collective bargaining agreement commencing June 1, 2016 and expiring by its terms on May 31, 2020 there shall be established a Market Recovery Committee, consisting of four (4) members, one member shall be the Business Manager for the District Council, or his designee, who shall be the Chairman of the Committee; one shall be the Business Manager of the Local Union in whose jurisdiction the particular job or project is located; one shall be the Association representing the employer; and one shall be the signatory employer involved in the particular job or project. The purpose and authority of the Market Recovery Committee shall be to consider and, where appropriate, grant requests for modifications on a job by job basis from negotiated contractual conditions as provided for by this Article.

53

In recognition of the current downturn in the construction industry within Massachusetts, the parties hereto have agreed to consider appropriate action to place signatory contractors in a better competitive position in the marketplace. Accordingly, for any job bid from and after June 1, 2016, and during the term of this Agreement, a signatory contractor may request and the Market Recovery and Retention Committee by majority vote may grant, any and all of the following modifications of contractual conditions where warranted by competitive conditions:

1. A carry over on the hourly wage rate in effect at the time the job is bid for the duration of the job or for one (1) year beyond the contractual expiration of that rate, whichever may occur first; in that event upon expiration of the bid rate, employees shall receive the contractual wage rate then in effect;

2. A special wage rate of not less than eighty percent (80%) of the basic wage rate for alteration, repair, renovation, remodeling work, maintenance projects, and new construction work of any kind not subject to federal, state, city or town predetermined wage and fringe benefit rates;

3. A condition that allows the contractor to retain a non-signatory specialty subcontractor on jobs below $100,000 provided the Employer notifies the Council prior to its bid that it is unable to locate a suitable, signatory subcontractor; to request this condition, the Employer must notify the Council reasonably in advance of the submission of bids for the job;

4. A condition that allows the contractor to schedule four (4) ten (10) hour days on a Monday-Friday basis at straight-time;

5. A condition that allows a Saturday make-up day at straight-time in the event time is lost during the regular work week due to inclement weather, provided the entire laborer crew and associated trades are sent home on that day. Any time worked in such week beyond forty (40) hours must be paid at the overtime rate; make-up time for Saturday shall be at least eight (8) hours in duration and shall not be mandatory. If any other associated trades on the job receive premium pay for the Saturday, then laborers shall receive premium pay.

6. It is understood that there may be instances when suitable, competitive union subcontractors may not be available for certain subcontracts. In such instances, the Employer may request of the Union, in a timely manner prior to bid or the award, that the Union endeavor to locate suitable, competitive union

54

subcontractors to bid for the work.  If the Employer and the Union are unable to locate such suitable, competitive subcontractors, in accordance with a good faith effort pursuant to the above procedure, it is understood and agreed that the Employer shall be relieved of the subcontracting clause [Article II, section 7] for such subcontractors; provided however, that the subcontractor selected by the Employer must be a responsible contractor who provides workers' compensation insurance for all laborers on the project and does not misclassify any employees as "independent contractors."  This section shall not apply on any project within Zone 1 or covered by a Project Labor Agreement (PLA).

7.   Any disputes under Section 6 above as to whether a union subcontractor is suitable, competitive, whether the Employer notified the Union in a timely manner, or whether a non-union subcontractor is responsible and complies with the standards set forth in this section, or a fair percentage should be applied on a project are to be exclusively resolved by a four person committee convened under the first paragraph of this Article The chairman shall convene the committee within forty-eight (48) hours, exclusive of weekends and holidays, and a decision shall be reached that day.  Any decisions of the panel shall be by majority vote and shall apply to only that particular job which was considered by committee and shall be final, binding and conclusive on all parties signatory to this Agreement and the Local Union involved in the job.

8.   The parties agree that in certain circumstances, when expediency warrants, the signatory employer may contact the Business Manager for the District Council directly to discuss any and all of the above-mentioned modifications of contractual conditions.

## ARTICLE XXIX
## TERMINATION OF AGREEMENT

This Agreement will expire on *May 31, 2020* for the parties to this Agreement and for the independent non-Association employers who have accepted and agreed to abide to this Agreement except that if neither of the parties identified on page *1* of this Agreement gives notice in writing to the other party between *February 29, 2020 and March 31, 2020* that it desires a change after *May 31, 2020*, then this Agreement shall continue in effect until *May 31, 2021* and so on each year thereafter unless on or before *March 31*[st] of each year thereafter, a notice is given by either party. This evergreen clause does not apply to any independent non-Association employers. If neither the Union nor the independent non-Association employer gives notice of termination between *February 29, 2020 and March 31, 2020*, they are bound to the successor of this Agreement for its full term.

LABOR RELATIONS DIVISON OF THE ASSOCIATED GENERAL
CONTRACTORS OF MASSACHUSETTS

Brian C. O'Donnell

_____      _____
Brian O'Donnell, Director                      Date: August 29, 2016

MASSACHUSETTS & NORTHERN NEW ENGLAND LABORERS' DISTRICT
COUNCIL of the Laborers' International Union of North America on behalf of its
affiliates

_____      _____
Business Manager, Joseph C. Bonfiglio         President, James V. Merloni, Jr.

_____      _____
Date: 9-8-16                                   Date: 7-8-16

The Building Trades Employers' Assoc.
of Boston & E. Mass., Inc.

_____      _____
Thomas Gunning, Executive Director             Date: 9-6-16

56

Witnessed:

Armand E. Sabitoni, General Secretary-Treasurer and
New England Regional Manager

Date: _____9 - 8 - 16_____

# APPENDIX A
## WAGE RATES AND CLASSIFICATIONS

*Section 1.* Zone 1 and Zone 2 - Wage Rates and Benefit Allocations

ZONE 1   SUFFOLK COUNTY (Boston, Chelsea, Revere, Winthrop, Deer & Nut Islands
MIDDLESEX COUNTY ( Arlington, Belmont, Burlington,Cambridge, Everett, Malden, Medford,
Melrose, Newton, Reading, Somerville, Stoneham, Wakefield, Waltham, Watertown, Winchester, Winthrop, and Woburn only)
NORFOLK COUNTY ( Braintree, Brookline, Dedham, Milton, Quincy and Weymouth only)

|  | 6/1/2016 | 12/1/2016 | 6/1/2017 | 12/1/2017 | 6/1/2018 | 12/1/2018 | 6/1/2019 | 12/1/2019 |
|---|---|---|---|---|---|---|---|---|
| **INCREASE** | 0.75 | 1.00 | 1.00 | 0.85 | 0.95 | 0.95 | 1.00 | 1.00 |
| Wages | 35.85 | ** | ** | ** | ** | ** | ** | ** |
| H & W | 7.45 | | | | | | | |
| Pension | 7.40 | | | | | | | |
| Annuity | 6.40 | | | | | | | |
| Nell-MCT Unified | 0.15 | | | | | | | |
| Trust | 0.50 | | | | | | | |
| Training | 0.70 | | | | | | | |
| Legal | 0.20 | | | | | | | |
| H & Safety | 0.15 | | | | | | | |
| MCAP | 0.10 | | | | | | | |
| Total | **58.90** | **59.90** | **60.90** | **61.75** | **62.70** | **63.65** | **64.65** | **65.65** |
| *Dues | (-1.52) | (-1.52) | (-1.54) | (-1.54) | (-1.56) | (-1.56) | (-1.58) | (-1.58) |
| *LPL | (-0.07) | (-0.07) | (-0.07) | (-0.07) | (-0.07) | (-0.07) | (-0.07) | (-0.07) |

ZONE 2    The Counties of BARNSTABLE, BRISTOL, DUKES, ESSEX, NANTUCKET, PLYMOUTH, and WORCESTER
MIDDLESEX COUNTY ( with the exception of Arlington, Belmont, Burlington,Cambridge, Everett,
Malden,Medford, Melrose, Newton, Reading, Somerville, Stoneham, Wakefield, Waltham, Watertown, Winchester, Winthrop, Woburn)
NORFOLK COUNTY (with the exception of  Braintree, Brookline, Dedham, Milton, Quincy and Weymouth)
FRANKLIN COUNTY ( Warwick, and Orange only), ROCKINGHAM COUNTY ( Salem, N.H. Only)

|  | 6/1/2016 | 12/1/2016 | 6/1/2017 | 12/1/2017 | 6/1/2018 | 12/1/2018 | 6/1/2019 | 12/1/2019 |
|---|---|---|---|---|---|---|---|---|
| **INCREASE** | **0.50** | **0.75** | **1.00** | **0.63** | **0.84** | **0.84** | **0.87** | **0.86** |
| Wages | **31.65** | ** | ** | ** | ** | ** | ** | ** |
| H & W | 7.45 | | | | | | | |
| Pension | 7.40 | | | | | | | |
| Annuity | 5.25 | | | | | | | |
| Nell-MCT Unified | 0.15 | | | | | | | |
| Trust | 0.50 | | | | | | | |
| Training | 0.70 | | | | | | | |
| Legal | 0.20 | | | | | | | |
| H & Safety | 0.15 | | | | | | | |
| MCAP | 0.10 | | | | | | | |
| Total | **53.55** | **54.30** | **55.30** | **55.93** | **56.77** | **57.61** | **58.48** | **59.34** |
| *Dues | **(-1.52)** | (-1.52) | (-1.54) | (-1.54) | (-1.56) | (-1.56) | (-1.58) | (-1.58) |
| *LPL | (-0.07) | (-0.07) | (-0.07) | (-0.07) | (-0.07) | (-0.07) | (-0.07) | (-0.07) |